UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| CHERRYL KIRLENKO-ISON, et al., | ) |
| | ) |
| Plaintiffs, | )  Civil Action No. 5: 18-435-DCR |
| | ) |
| V. | ) |
| | ) |
| BOARD OF EDUCATION OF | )  **JUDGMENT** |
| DANVILLE INDEPENDENT SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Board of Education of Danville Independent Schools with respect to all claims asserted in this action.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: July 12, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge